UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:

                                                      Case No.  12-51204-RJK

Joselle Marie Searcy,

    Debtor

## ORDER FOR RELIEF FROM STAY

    This case is before the court on the motion of PHH Mortgage Corporation seeking relief from the automatic stay.  Based on the motion and the file;

    **IT IS ORDERED:**

    The automatic stay is modified to allow PHH Mortgage Corporation, or its successors or assigns, to foreclose the mortgage on the real property, in accordance with state law, legally described as:

    Lot 1, Block 15, in Sweet's Addition to Sauk Rapids, also so much of the vacated Westerly 10 feet of Broadway Avenue South lying Easterly thereof and contiguous thereto, according to the plat and survey thereof on file and of record in the office of the recorders in and for Benton County, MN.

    **NOTWITHSTANDING** Federal Rule of Bankruptcy Procedure 4001 (a)(3), this order is effective immediately.

Dated: _December 17, 2013_____

                                                        U. S.  Bankruptcy Judge

                                                   /e/ Robert J. Kressel_____
                                                 UNITED STATES BANKRUPTCY JUDGE

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on  *12/17/2013*
Lori Vosejpka, Clerk, By SLS, Deputy Clerk